**GIOVANNIELLO & MICHELS, LLP**
Alexander F. Giovanniello (CSB # 125562)
B. Eric Nelson (CSB # 094660)
1470 South Valley Vista Drive, Suite 200
Diamond Bar, California 91765
Ph:   (909) 396-1964
Fax:  (909) 396-0885
E-mail: afg@gm-lawfirm.com

Attorneys for Defendant:
KINDRED NURSING CENTERS WEST, LLC dba
CALIFORNIAN CARE CENTER(Erroneously sued
and served as two separate entities)

# UNITED STATES DISCTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY NEWMAN,<br><br>                    Plaintiff,<br><br>     V.<br><br>CALIFORNIAN CARE CENTER;<br>KINDRED NURSING CENTERS,<br>WEST, LLC and DOES 1 - 50,<br>inclusive,<br><br>                    Defendants. | Case No.: 1:05-cv-1179<br><br>State Case No.:S-1500-CV 255822 SPC<br><br>**REQUEST FOR DISMISSAL AND ORDER TO MAINTAIN JURISDICTION SOLELY FOR PURPOSES OF ENFORCING TERMS OF ARBITRATION AGREEMENT** |

TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:  The parties have mutually agreed to submit the matter to binding arbitration pursuant to written agreement, and therefore, give their fully

1

REQUEST FOR DISMISSAL AND ORDER TO MAINTAIN JURISDICTION

informed consent, and hereby request, the Court to <u>dismiss the above entitled action, without prejudice</u>.

Notwithstanding such dismissal, the parties consent to, and hereby request that the Court expressly retain jurisdiction over the parties for the sole purpose of enforcing the terms of the arbitration award pursuant to paragraph Q of the Arbitration Agreement (attached hereto as Exhibit A) should any arguable issue arise.

Date: September 21, 2005                     ____/s/ Craig A. Edmonston_____
                                             Craig A. Edmonston, Esq.
                                             Attorney for Plaintiff
                                             Shirley Newman

Date: September 21, 2005                     ____/s/ Timothy L. Lemucchi_____
                                             Timothy J. Lemucchi, Esq.
                                             Attorney for Plaintiff
                                             Shirley Newman

Date: September 22, 2005                     ___/s/ B. Eric Nelson_____
                                             Alexander F. Giovanniello, Esq.
                                             B. Eric Nelson, Esq.
                                             Attorneys for Defendant
                                             KINDRED NURSING CENTERS WEST, LLC dba CALIFORNIAN CARE CENTER (erroneously sued and served as two separate entities)

# **ORDER**

The Court having reviewed the above and finding good cause shown, enters a dismissal with prejudice of the above matter, Case No. 1:05-cv-1179, State Court Case No. S-1500-CV 255822 SPC as consented to and requested by the parties on this __29th__ day, in the month of September, 2005; and notwithstanding such dismissal the Court expressly retains jurisdiction over the parties for the sole purpose of enforcing the arbitration award.

IT IS SO ORDERED.

Date: __September 29, 2005         By:     __/s/ OLIVER W. WANGER_____
                                           Oliver W. Wanger,
                                           Judge, United States District Court,
                                           Eastern District of California

|     |     |
| --- | --- |
| 1   | PROOF OF SERVICE |

2   I am employed in the county of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 1470 South Valley Vista Drive, Suite 200, Diamond Bar, California 91765.

On **September 26, 2005** I served the foregoing document(s) described as **REQUEST FOR DISMISSAL AND ORDER TO MAINTAIN JURISDICTION SOLEY FOR PURPOSES OF ENFORCING TERMS OF ARBITRATION AGREEMENT,** by placing the true copies thereof enclosed in sealed envelopes address as follows:

|  |  |
| --- | --- |
| Timothy J. Lemucchi | Craig A. Edmonston |
| **Law Offices of Timothy J. Lemucchi** | **Law Offices of Craig A. Edmonston** |
| 918 Truxton Avenue | 918 Truxton Avenue |
| Bakersfield, CA 93303-2171 | Bakersfield, CA 93303-2171 |
| Tel: (661) 324-1100 | Tel: (661) 324-1100 |
| Fax: (661) 324-1633 | Fax: (661) 324-1633 |
| Attorney for Plaintiff | *Co-Counsel for Plaintiff* |

(XX)  BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business.

(  )  BY PERSONAL SERVICE: I delivered such envelope(s) by hand to the office(s) of the above addressee(s).

(  )  BY FEDERAL EXPRESS: I caused said envelope(s) to be sent by Federal Express to the above address(s).

(  )  BY TELECOPIER: I caused said document(s) to be transmitted by telecopier before 2:00 P.M. to the above address(s).

Executed on **September 26, 2005**, at Diamond Bar, California.

(XX)  STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


                                                  /s/ Melissa Kuylen
                                                  Melissa Kuylen